SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | Case No. **10-cv-02114-MCE-KJN PS** |
| Plaintiff, | ~~PROPOSED~~ **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | |
| Janice M. Conroy, et al | |
| Defendants | |

Upon receipt of plaintiff's request for dismissal, IT IS HEREBY ORDERED THAT Defendant Aloha Hair & Nail Salon is hereby dismissed without prejudice.

DATED:  March 3, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE