IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                    No. 2:10-cv-02114 MCE KJN PS

     v.

JANICE M. CONROY, Individually and d/b/a WHISKEY DICKS, et al.,

      Defendants.              <u>ORDER</u>

_____ /

      The undersigned has received and reviewed plaintiff's request for leave to appear by telephone at the Status (Pretrial Scheduling) Conference to be held on March 31, 2011. (Dkt. No. 25.) The undersigned grants plaintiff's request subject to the condition stated below. Accordingly, IT IS HEREBY ORDERED that:

      1.    Plaintiff's request for leave to appear by telephone at the Status (Pretrial Scheduling) Conference on March 31, 2011 (Dkt. No. 25), is granted.

////

////

////

////

1

2. *As soon as possible after entry of this order and in advance of the status conference, plaintiff shall contact the undersigned's Courtroom Deputy, at (916) 930-4187, and provide the court with a "land line" telephone line at which plaintiff may be reached by the court at the time of the hearing.*

IT IS SO ORDERED.

DATED: March 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2